NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EVERYMD.COM LLC,**

*Plaintiff-Appellant*

**v.**

**AMAZON.COM INC.,**

*Defendant-Appellee*

---

2018-1262

---

Appeal from the United States District Court for the Central District of California in No. 2:17-cv-05573-AB-FFM, Judge Andre Birotte, Jr.

---

**JUDGMENT**

---

FRANK MICHAEL WEYER, TECHCOASTLAW, Los Angeles, CA, argued for plaintiff-appellant.

HEIDI LYN KEEFE, Cooley LLP, Palo Alto, CA, argued for defendant-appellee. Also represented by LOWELL D. MEAD, MARK R. WEINSTEIN.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* MOORE and REYNA, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

September 10, 2018          /s/ Peter R. Marksteiner
        Date                          Peter R. Marksteiner
                                      Clerk of Court